IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERASMO FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00673-O |
| | § | |
| PHH MORTGAGE CORPORATION, | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Federal Rule of Civil Procedure 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. All claims asserted by Plaintiff against Defendants in this matter are **DISMISSED with prejudice** to the refiling of the same.

2. The fees and costs incurred in this matter shall be borne by the party incurring the same.

3. Any other relief not expressly provided for herein is hereby **DENIED**.

**SO ORDERED** on this **12th day** of **August, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**